○ USDOT Number   ○ MC/MX Number   ● Name
Enter Value: US CORRECTIONS LLC (las
[Search]

## Company Snapshot
**US CORRECTIONS LLC**
USDOT Number: 2515080

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Other Information for this Carrier**
▼ SMS Results
▼ Licensing & Insurance

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

The information below reflects the content of the FMCSA management information systems as of 09/12/2019.

To find out if this entity has a pending insurance cancellation, please click here.

| | |
|---|---|
| **Entity Type:** | CARRIER |
| **Operating Status:** | AUTHORIZED FOR Passenger    **Out of Service Date:** None |
| **Legal Name:** | US CORRECTIONS LLC |
| **DBA Name:** | USC |
| **Physical Address:** | 517 HICKORY HILLS BLVD<br>WHITES CREEK, TN 37189 |
| **Phone:** | (615) 352-9798 |
| **Mailing Address:** | PO BOX 171078<br>NASHVILLE, TN 37217 |
| **USDOT Number:** | 2515080    **State Carrier ID Number:** |
| **MC/MX/FF Number(s):** | MC-872586    **DUNS Number:** -- |
| **Power Units:** | 32    **Drivers:** 122 |
| **MCS-150 Form Date:** | 03/05/2018    **MCS-150 Mileage (Year):** 7,600,000 (2017) |

**Operation Classification:**

| | | |
|---|---|---|
| X Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| X Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| X Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | X Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

**EXHIBIT 2**

**ID/Operations** | Inspections/Crashes In US | **Inspections/Crashes In Canada** | **Safety Rating**

US Inspection results for 24 months prior to: 09/12/2019

Total Inspections: 1
Total IEP Inspections: 0

Note: Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

#### Inspections:

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 0 | 1 | 0 | 0 |
| Out of Service | 0 | 0 | 0 | 0 |
| Out of Service % | % | 0% | % | 0% |
| Nat'l Average % (2009-2010) | 20.72% | 5.51% | 4.50% | N/A |

Crashes reported to FMCSA by states for 24 months prior to: 09/12/2019

Note: Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

#### Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 3 | 0 | 3 |

ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

Canadian Inspection results for 24 months prior to: 09/12/2019

Total inspections: 0

Note: Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

#### Inspections:

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

Crashes results for 24 months prior to: 09/12/2019

Note: Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

#### Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

**Carrier Safety Rating:**

The rating below is current as of: 09/12/2019

Review Information:

| Rating Date: | 03/17/2016 | Review Date: | 03/15/2016 |
|---|---|---|---|
| Rating: | Satisfactory | Type: | Compliance Review |



SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts

https://safer.fmcsa.dot.gov/query.asp?searchtype=ANY&query_type=queryCarrierSnapshot&query_param=USDOT&original_query_param=NAME&q...    2/2