IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 NOV 18 AM 10: 43
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| DANA WHITE, INDIVIDUALLY AND § <br> ON BEHALF OF ALL OTHERS § <br> SIMILARLY SITUATED, § <br>       PLAINTIFF, § <br> § <br> V. § <br> § <br> U.S. CORRECTIONS, LLC, US § <br> CORRECTIONS, LLC, AND SOUTH § <br> EAST EMPLOYEE LEASING, INC., § <br>       DEFENDANTS. § | CAUSE NO. A-19-CV-00390-LY |

**FINAL JUDGMENT**

Before the court is the above-styled and numbered cause. On this date the court dismissed all claims alleged by Plaintiff Dana White, individually and on behalf of all others similarly situated, against Defendants U.S. Corrections, LLC, US Corrections, LLC, and South East Personnel Leasing, Inc., erroneously designated as South East Employee Leasing, Inc., with prejudice. As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiff Dana White bear costs of court.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this 18th day of November, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE